# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                     Case No.: 1:25−cr−00573

                                              Honorable Keri L. Holleb Hotaling

Carlos Augusto Gonzalez−Leon

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 18, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Detention hearing as to Carlos Augusto Gonzalez−Leon (1) held on 09/18/2025. Official Spanish Interpreter present. For the reasons stated in open court, the Court finds that there are a combination of conditions to reasonably assure the presence of defendant at future court hearings. The Government's oral motion for pretrial detention is denied. Enter Order Setting Conditions of Release. Defendant shall be released after processing by the United States Marshals Service. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.