UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 25 CR 573 |
| v. | Hon. Keri L. Holleb Hotaling |
| CARLOS AUGUSTO GONZALEZ-LEON | |

**GOVERNMENT'S MOTION TO DIMISS
THE COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, respectfully moves the Court to dismiss the Complaint in this matter without prejudice. This motion is based, in part, on defendant's removal from the United States on or about September 24, 2025.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:  */s/ Saqib Mohammad Hussain*
SAQIB MOHAMMAD HUSSAIN
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-1414

Date: October 7, 2025